# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>Defendants. | Case No. 04-10383-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ Gregory F. Noonan
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro, Haber & Urmy LLP
75 State Street
Boston, MA 02109

Marc I. Gross
Joseph Gentile
Pomerantz, Haudek, Block, Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516

Richard J. Vita
Law Offices of Richard J. Vita, P.C.
77 Franklin Street, Suite 300
Boston MA 02110

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004

- 2 -

BOSTON 1892981v1