UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DEBORAH CHIN, on behalf of herself and all others similarly situated, | |
| | Civil Action No.04-cv-10308-DPW |
| Plaintiff, | |
| -against- | |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL, | |
| Defendants. | |
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, on behalf of herself and all others similarly situated, | |
| | Civil Action No.04-cv-10383-DPW |
| Plaintiff, | |
| -against- | |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL, | |
| Defendants. | |

## NOTICE OF MOTION

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Plaintiff Mohammad Akhtar, pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private

Securities Litigation Reform Act of 1995 ("PSLRA"), hereby moves this Court for and Order:

1. consolidating the related actions;

2. appointing Mohammad Akhtar as the Lead Plaintiff on behalf of purchasers of the common stock of Sonus Networks, Inc.("Sonus") during the period between April 9, 2003 and February 11, 2004 (the "Class"); and

3. approving Lead Plaintiff's selection of Pomerantz Haudek Block Grossman & Gross LLP as Lead Counsel for the Class and Richard J. Vita as Local Counsel for the Class.

Dated: April 9, 2004

*/s/ Richard J. Vita*

Richard J. Vita   (BBO# 510260)
LAW OFFICES OF RICHARD J. VITA, P.C.
77 Franklin Street, Suite 300
Boston, MA 02110
Telephone: (617) 426-6566

**Proposed Local Counsel for Plaintiff
and the Class**

**POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP**
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100

**Proposed Lead Counsel For Plaintiff
and the Class**