UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
DEBORAH CHIN, on behalf of herself
and all others similarly situated,

                Plaintiff,

    -against-

SONUS NETWORKS, INC., HASSAN AHMED
and STEPHEN J. NILL,

                Defendants.
------------------------------------------------------------X

Civil Action No. 04-cv-10308-DPW

------------------------------------------------------------X
WHEATON ELECTRICAL SERVICES
RETIREMENT 401K PROFIT SHARING PLAN,
on behalf of herself
and all others similarly situated,

                Plaintiff,

    -against-

SONUS NETWORKS, INC., HASSAN AHMED
and STEPHEN J. NILL,

                Defendants.
------------------------------------------------------------X

Civil Action No. 04-cv-10383-DPW

## DECLARATION OF MARC I. GROSS IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF MOHAMMED AKHTAR'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL

Marc I. Gross, hereby declares that:

1. I am a member of Pomerantz Haudek Block Grossman & Gross LLP. I submit this Declaration in support of the motion for appointment of Mohammed Akhtar as Lead Plaintiff.

2. Submitted herewith are the following exhibits:

**EXHIBIT A:** Certificate detailing Mohammed Akhtar's transactions in Sonus Networks common stock during the class period.

**EXHIBIT B:** Cauley Geller Bowman & Rudman LLP's February 12, 2004 press release announcing a securities class action lawsuit has been filed against Sonus Networks, et al.

**EXHIBIT C:** Firm Biography of Pomerantz Haudek Block Grossman & Gross LLP.

Marc I. Gross